AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| John Amick, Jr | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-01834-DCC |
| Andrew Saul, | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration | ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Decision of the Commissioner is Reversed and the case is Remanded to the Commissioner under Sentence Four 42 U.S.C. §405(g) for further proceedings.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins, Jr, United States District Judge.

Date:   May 26, 2020                                             *CLERK OF COURT*

                                                                            s/H.Cornwell
                                                                *Signature of Clerk or Deputy Clerk*